## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## AT NASHVILLE

CAROLYN HOLT and )
DONALD HOLT, )
                )
       Plaintiff, )
v. )      **CIVIL NO.: 3:07-cv-166**
                )      **Judge Nixon**
                )      **Magistrate Judge Griffin**
DANIEL E. ADAMS and )
MELTON TRUCK LINES, INC., )
                )
       Defendants. )

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

It appears to the Court from the signatures of counsel for the parties below that this action has been compromised and settled and that all claims should be dismissed with prejudice as to all parties. It further appears that the parties agree to bear their own respective discretionary costs, expenses, and attorney's fees.

It is therefore **ORDERED, ADJUDGED** and **DECREED** that this action shall be, and hereby is DISMISSED with prejudice as to all claims and all parties.

It is further **ORDERED** that the parties shall bear their own respective discretionary costs, expenses, and attorney's fees.

**IT IS SO ORDERED**.

_____
**JOHN T. NIXON**
**United States District Court Judge**